59 A.3d 598

IN THE MATTER OF MICHAEL DANIEL D'ANGELO, AN ATTORNEY AT LAW (ATTORNEY NO. 021631983).

February 8, 2013.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 12–201, concluding that **MICHAEL DANIEL D'ANGELO** of **SOMERVILLE,** who was admitted to the bar of this State in 1983, should be reprimanded for violating *RPC* 1.4(c) (failure to adequately explain a matter to the extent necessary for the client to make informed decisions about representation), *RPC* 1.5(b)(failure to set out the basis or rate of the legal fee in writing), and *RPC* 8.4(c)(conduct involving dishonesty, fraud, deceit or misrepresentation), and good cause appearing;

It is ORDERED that **MICHAEL DANIEL D'ANGELO** is hereby reprimanded;  and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State;  and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter as provided in *Rule* 1:20–17.